THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:22-cv-00146-KDB-DSC

| | |
|---|---|
| JENNIFER LASHUA,<br><br>Plaintiff,<br><br>vs.<br><br>TOWN OF MOORESVILLE,<br><br>Defendant. | **JOINT STIPULATION OF DISMISSAL**<br>**<u>WITH PREJUDICE</u>** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Lashua and Defendant Town of Mooresville stipulate that the above-captioned action is dismissed in its entirety with prejudice, which each party to bear its own costs.

Respectfully submitted this the 31st day of March, 2023.

| | |
|---|---|
| s/ C. Grainger Pierce, Jr.<br>C. Grainger Pierce, Jr., N.C. Bar No. 27305<br>VAN HOY, REUTLINGER,<br>    ADAMS & PIERCE, PLLC<br>737 East Boulevard<br>Charlotte, NC 28203<br>Telephone: (704) 375-6022<br>Facsimile: (704) 375-6024<br>E-mail: grainger.pierce@vraplaw.com<br>Attorney for Defendant | s/ Jennifer Lashua<br>Jennifer Lashua<br>Pro Se Plaintiff<br>9069 Rosalyn Glen Road<br>Cornelius, NC 28031 |